# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **DAVON HAKEEM HINTON,**<br><br>　　　　Petitioner,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　Respondent. | **MEMORANDUM DECISION AND ORDER GRANTING STAY**<br><br>**Case No. 2:20-cv-442-DAK**<br><br>**Judge Dale A. Kimball** |

　　　　This mater is before the court on Petitioner's Motion to Stay pending the Tenth Circuit's decision in *United States v. Baker*, 20-3062 (10th Cir.). In *Baker*, the Tenth Circuit granted a certificate of appealability on the issue of whether its prior cases determining that Hobbs Act robbery was categorically a crime of violence. Given that there is at least an argument to be made that the Tenth Circuit has not addressed the issue in depth, the court finds no harm in waiting for the Tenth Circuit's decision in *Baker* before addressing the merits of Petitioner's motion. Accordingly, the case is stayed pending the Tenth Circuit's decision in *United States v. Baker*, 20-3062 (10th Cir.).

　　　　DATED this 15th day of March, 2022.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Dale A. Kimball,
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge